## LARAMIE COUNTY v. PLATTE COUNTY.

(No. 825; Decided April 16th, 1915; 147 Pac. 622.)

APPEAL AND ERROR—TIME FOR FILING BRIEFS.

ERROR to the District Court, Platte County; HON. W. C. MENTZER, Judge.

ON MOTION TO DISMISS FOR FAILURE TO FILE BRIEFS.

*Chiles P. Plummer* and *Clyde M. Watts* of counsel, for defendant in error.

The application for the extension of time for filing briefs was made after the time fixed by the rule had expired and was void. (Rule 20; Cronkhite et al. v. Bothwell, 3 Wyo. 739, 31 Pac. 400; Daley v. Anderson et al., 7 Wyo. 1-8.)

*Sam M. Thompson,* County and Prosecuting Attorney, for plaintiff in error.

BEARD, JUSTICE.

The situation of this case is identical with that of Laramie County v. Goshen County (147 Pac. 621), this day decided, and for the reasons there stated the proceedings in error are dismissed.                    *Dismissed.*

POTTER, C. J., and SCOTT, J., concur.